

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/29/2020

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **BRAHMAN RESOURCE** | § | Case No. 20-33697 |
| **PARTNERS, LLC,** *et al.,* | § | |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | (Jointly Administered) |

### ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS
(Relates to Doc. No. __6__)

The Court considered the Emergency Motion for Entry of an Order Extending Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Current Income and Expenditures, (III) Schedules of Executory Contracts and Unexpired Leases, and (III) Statements of Financial Affairs (the "**Motion**"),[1] filed by Brahman Resource Partners, LLC, *et al.*, the above-captioned debtors and debtors in possession (the "**Debtors**"). The Court having reviewed the Motion and any objections thereto; and based on the matters reflected in the First Day Declaration and the record of the hearing held on the Motion; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); that notice of the Motion was sufficient; and it appearing that the emergency relief requested is in the best interests of the Debtors, their estates, creditors, and other parties in interest, and that good cause has been shown therefore, finds that the Motion should be GRANTED. It is therefore hereby **ORDERED** that:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1. The time within which the Debtors must file their respective Schedules and Statements is hereby extended to and including August 30, 2020, without prejudice to the Debtors' rights to seek an additional extension upon cause shown therefor.

2. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

3. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  July 29, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**