IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | CASE NO. 20-33697 |
| **BRAHMAN RESOURCE** ) | |
| **PARTNERS, LLC, et al.** ) | Chapter 11 |
| ) | |
| Debtor. ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as attorneys of record for Cactus Wellhead, LLC, Redzone Coil Tubing, LLC and Crest Pumping Technologies, LLC, creditors in the above-captioned bankruptcy case.

Please take further notice that the undersigned hereby requests that all notices and papers specified by or filed pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, and all other notices given or required to be given in this case, be given and served upon:

> N. Christian Glenos
> James B. Bailey
> Bradley Arant Boult Cummings LLP
> 1819 Fifth Avenue North
> Birmingham, AL  35203
> Telephone:  (205) 521-8000
> Email:  cglenos@bradley.com
> jbailey@bradley.com

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents or items of correspondence brought before this Court with respect to these

4820-1037-8951.1

proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex or otherwise.

This Notice of Appearance shall not be deemed or construed to be a waiver of any of the rights of Cactus Wellhead, LLC, Redzone Coil Tubing, LLC or Crest Pumping Technologies, LLC, including, without limitation, to (i) request that final orders in noncore proceedings be entered only after de novo review by a higher court; (ii) demand trial by jury in any proceeding in this case, or any case, controversy, or adversary proceeding related to this case; (iii) request withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Cactus Wellhead, LLC, Redzone Coil Tubing, LLC and Crest Pumping Technologies, LLC may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and not waived.

Dated: August 11, 2020            Respectfully submitted,

/s/ James B. Bailey
N. Christian Glenos (Texas Bar No. 24113073)
James B. Bailey (Texas Bar No. (24108089)
**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
cglenos@bradley.com
jbailey@bradley.com

*Attorneys for Cactus Wellhead, LLC, Redzone Coil Tubing, LLC and Crest Pumping Technologies, LLC*

4820-1037-8951.1

## **CERTIFICATE OF SERVICE**

      I certify that on August 11, 2020, a true and correct copy of this Notice of Appearance and Request for Notices was served on all parties authorized to receive notice through the ECF notice system in this case.

/s/ James B. Bailey
OF COUNSEL

4820-1037-8951.1