**Fill in this information to identify the case:**

Debtor name    **Brahman Resource Partners, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-33697**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 30, 2020**     X **/s/ Clay C. Border**
                                             Signature of individual signing on behalf of debtor

                                             **Clay C. Border**
                                             Printed name

                                             **President & CEO**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Brahman Resource Partners, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-33697**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................    $    0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.............................................................    $    237,364.15

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...............................................................    $    237,364.15

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    10,098,482.88

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$    3,602,672.36

4.   Total liabilities ....................................................................................
   Lines 2 + 3a + 3b    $    13,701,155.24

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Brahman Resource Partners, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-33697**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

  ☐ No. Go to Part 2.
  ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase Bank** | **Operating** | **8556** | **$4,056.95** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$4,056.95**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

  ☐ No. Go to Part 3.
  ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Post-Petition Legal Retainer - Okin Adams LLP** | **$50,000.00** |
| 7.2. | **Post-Petition FA Retainer - Phoenix Capital Resources** | **$50,000.00** |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     

| Debtor | **Brahman Resource Partners, LLC** | Case number *(If known)* | **20-33697** |
|---|---|---|---|
| | Name | | |

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   **$100,000.00**

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:    64,502.00    -    0.00    = ....    **$64,502.00**
   
   _____ face amount     _____ doubtful or uncollectible accounts

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   **$64,502.00**

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

   ☐ No.  Go to Part 5.
   ☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
   Name of entity:                                    % of ownership

   15.1.  **Membership Interest in Subsidiary Affiliate BRP Vista Grande, LLC**    100    %    **Unknown**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
   Describe:

17. **Total of Part 4.**

   Add lines 14 through 16.  Copy the total to line 83.

   **$0.00**

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**
   **Crude Oil in Tanks**    |    | $0.00 | Revenue based | **$13,106.20**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Brahman Resource Partners, LLC**                    Case number *(If known)* **20-33697**
        Name

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                    | **$13,106.20** |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Conference room table, chairs (6), hutch, chest, cabinet (2); televisions (4); wall art (16); large office desk (3); small office desk (8); office storage unit (5); small filing cabinet (4); medium filing cabinet (2); large filing cabinet (5); desk chairs (19); round tables (3); cloth chairs (2); lounge chair, side tables (2); storage bench; shelves; office storage desk (7) | Unknown | Liquidation | $2,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer monitors (15); desktop computers (7); laptop computer (1) | Unknown | Liquidation | $2,500.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                    | **$5,000.00** |
       Add lines 39 through 42.  Copy the total to line 86.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor **Brahman Resource Partners, LLC**                          Case number *(If known)* **20-33697**
_____Name_____

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2018 Ford F-250** | **$0.00** | **Recent cost** | **$32,699.00** |
| 47.2.  **Field trailer** | **$0.00** | **Liquidation** | **$3,000.00** |
| 47.3.  **Sat. Com. Trailer** | **$0.00** | **Liquidation** | **$15,000.00** |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.     **Total of Part 8.**                                                    | **$50,699.00** |
Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **Brahman Resource Partners, LLC** | Case number *(If known)* | **20-33697** |
|---|---|---|---|
| | Name | | |

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **Net Leasehold and Tangible Assets (See Attached)** | | **$5,552,913.00** | | **Unknown** |
| 55.2. **Leasehold intangible IDC/ICC - King of the Hill 33-1H Well** | | **$14,588,843.00** | | **Unknown** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor **Brahman Resource Partners, LLC**                     Case number *(If known)* **20-33697**
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,056.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $100,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $64,502.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $13,106.20 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,699.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $237,364.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $237,364.15 |

**Fill in this information to identify the case:**

Debtor name **Brahman Resource Partners, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-33697**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 ALLIED HORIZONTAL WIRELINE SERVICES, LLC**
Creditor's Name

PO BOX 679414
Dallas, TX 75267
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**King of the Hill 33-1H Well**

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$34,625.88**   Column B: **$0.00**

---

**2.2 ALLY BANK**
Creditor's Name

PO BOX 130424
Roseville, MN 55113
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**2018 Ford F-250**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$20,566.78**   Column B: **$32,699.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **Brahman Resource Partners, LLC**

Name

Case number (if know)   **20-33697**

---

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.3 | **BLACKFOX OIL TOOLS, LLC** | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**

**King of the Hill 33-1H Well**

**$21,147.39**              **$0.00**

**PO BOX 10554**
**MIDLAND, TX 79702**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

---

| | | | |
|---|---|---|---|
| 2.4 | **CACTUS WELLHEAD LLC** | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**

**King of the Hill 33-1H Well**

**$54,758.75**              **$0.00**

**PO BOX 734254**
**DALLAS, TX 75737-4254**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

---

| | | | |
|---|---|---|---|
| 2.5 | **CREST PUMPING TECHNOLOGIES** | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**

**King of the Hill 33-1H Well**

**$172,523.06**              **$0.00**

**dba NINE ENERGY**
**SERVICE INC**
**PO BOX 733561**
**DALLAS, TX 75373-3561**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

---

Debtor   **Brahman Resource Partners, LLC**

Name

Case number (*if know*)   **20-33697**

---

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?** ■ No ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.6 | **EMPIRICA LLC** | Describe debtor's property that is subject to a lien | $159,236.03 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**RESERVIOR GROUP**
**14103 INTERDRIVE WEST**
**HOUSTON, TX 77032**

**King of the Hill 33-1H Well**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **ETC Texas Pipeline, Ltd.** | Describe debtor's property that is subject to a lien | $6,000,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**8020 Park Lane**
**Dallas, TX 75231**

**Parental Guaranty of Promissory Note and Financing Agreement**

Creditor's mailing address

**Describe the lien**
**Deed of Trust From 10/3/2019**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 12

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Brahman Resource Partners, LLC** | Case number (if know) | **20-33697** |
|---|---|---|---|

Name

---

| 2.8 | **FESCO, LTD.** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**King of the Hill 33-1H Well**

**$59,651.15**          **$0.00**

**1000 Fesco Ave.**
**Alice, TX 78332**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **GREAT PLAINS OILFIELD RENTAL, LLC** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**King of the Hill 33-1H Well**

**$77,550.30**          **$0.00**

**PO BOX 207044**
**Dallas, TX 75320-7044**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **IPFS CORPORATION** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Various corporate insurance policies**

**$53,579.52**          **Unknown**

**2777 Allen Parkway**
**Suite 550**
**Houston, TX 77019**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  4 of 12

| Debtor | **Brahman Resource Partners, LLC** | Case number (if know) | **20-33697** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **LEGEND ENERGY SERVICES, LLC** | **Describe debtor's property that is subject to a lien** | **$17,420.58** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **King of the Hill 33-1H Well** | | |
| | **5801 N. BROADWAY EXT. SUITE 210 Oklahoma City, OK 73118-7491** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Mechanic's Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **LKN HORIZON LLC** | **Describe debtor's property that is subject to a lien** | **$68,200.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **King of the Hill 33-1H Well** | | |
| | **PO BOX 4400 MIDLAND, TX 79704** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Mechanic's Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **MULHOLLAND ENERGY SERVICES** | **Describe debtor's property that is subject to a lien** | **$42,862.50** | **$0.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Brahman Resource Partners, LLC**

Name

Case number (if know)   **20-33697**

---

Creditor's Name

**PO BOX 4227
ODESSA, TX 79760**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**King of the Hill 33-1H Well**

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **NEW TECH GLOBAL VENTURES, LLC** | **Describe debtor's property that is subject to a lien**<br>**King of the Hill 33-1H Well** | **$198,083.08** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1030 Regional Park Drive
Houston, TX 77060**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 5 | **OIL STATES ENERGY SERVICES LLC** | **Describe debtor's property that is subject to a lien**<br>**King of the Hill 33-1H Well** | **$24,258.94** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO BOX 203567
Dallas, TX 75320-3567**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **Brahman Resource Partners, LLC**
Name

Case number (*if know*) **20-33697**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| �black No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **PECOS COUNTY, TEXAS** | Describe debtor's property that is subject to a lien | **$6,027.37** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**200 S. Nelson**
**Fort Stockton, TX 79735**

Creditor's mailing address

Describe the lien
**Estimated 2020 Ad Valorem Property Taxes**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | **PROFRAC SERVICES LLC** | Describe debtor's property that is subject to a lien **King of the Hill 33-1H Well** | **$1,242,935.80** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**333 Shops Blvd.**
**Willow Park, TX 76087**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 8 | **REDZONE COIL TUBING LLC** | Describe debtor's property that is subject to a lien | **$52,950.00** | **$0.00** |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Brahman Resource Partners, LLC**

Name                                                  Case number (*if know*)   **20-33697**

---

Creditor's Name

**dba NINE ENERGY SERVICE ATTN: ACCOUNTS RECEIVABLE, PO BOX 733726 DALLAS, TX 75373-3726**

**King of the Hill 33-1H Well**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 9 | **REPEAT PRECISION LLC** | **Describe debtor's property that is subject to a lien** | $21,546.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**King of the Hill 33-1H Well**

**PO BOX 1990 MARBLE FALLS, TX 78654**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **ROLFSON OIL, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**King of the Hill 33-1H Well**

**8361 N. RAMPART RANGE RD. Suite B208 Littleton, CO 80125**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

| | |
|---|---|
| Debtor **Brahman Resource Partners, LLC** | Case number (if know) **20-33697** |
| Name | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | |
|---|---|---|---|
| 2.2 1 | **SCHLUMBERGER TECHNOLOGY CORPORATION** | Describe debtor's property that is subject to a lien | **$50,770.92** | **$0.00** |

Creditor's Name

**PO BOX 732149 DALLAS, TX 75373-2149**

Creditor's mailing address

**King of the Hill 33-1H Well**

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | |
|---|---|---|---|
| 2.2 2 | **SEISMOS, INC.** | Describe debtor's property that is subject to a lien | **$72,000.00** | **$0.00** |

Creditor's Name

**8868 Research Blvd. Suite 401 Austin, TX 78758**

Creditor's mailing address

**King of the Hill 33-1H Well**

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 12

| Debtor | **Brahman Resource Partners, LLC** | Case number (if know) | **20-33697** |
|---|---|---|---|
| | Name | | |

---

**2.2
3**

| | | | |
|---|---|---|---|
| **STELLAR DRILLING FLUIDS, LLC** | Describe debtor's property that is subject to a lien | **$795,717.06** | **$0.00** |
| Creditor's Name | **King of the Hill 33-1H Well** | | |

**PO BOX 22328
HOUSTON, TX 77227-2328**

Creditor's mailing address

**Describe the lien
Mechanic's Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.2
4**

| | | | |
|---|---|---|---|
| **TERRELL COUNTY, TEXAS** | Describe debtor's property that is subject to a lien | **$39,326.29** | **$0.00** |
| Creditor's Name | | | |

**PO Box 747
Sanderson, TX 79848**

Creditor's mailing address

**Describe the lien
Estimated 2020 Ad Valorem Property Taxes**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2
5**

| | | | |
|---|---|---|---|
| **TUBULAR SYNERGY GROUP, LP** | Describe debtor's property that is subject to a lien | **$285,449.40** | **$0.00** |
| Creditor's Name | **King of the Hill 33-1H Well** | | |

**8117 Preston Road
Suite 600
Dallas, TX 75225**

Creditor's mailing address

**Describe the lien
Mechanic's Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 12

| Debtor | **Brahman Resource Partners, LLC** | Case number (if know) | **20-33697** |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | **ULTERRA DRILLING TECHNOLOGIES, L.P.** | **Describe debtor's property that is subject to a lien** | $39,883.64 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **King of the Hill 33-1H Well** | | |

**PO BOX 733586**
**DALLAS, TX 75373-3586**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 7 | **WELLBENDERS DIRECTIONAL SERVICES LLC** | **Describe debtor's property that is subject to a lien** | $487,412.44 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **King of the Hill 33-1H Well** | | |

**13901 HWY 105 WEST**
**CONROE, TX 77304**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $10,098,482.88 |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

Debtor   **Brahman Resource Partners, LLC**

Case number (*if know*)   **20-33697**

Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bradley Arant Boult Cummings LLP**<br>**Attn: James A. Collura, Jr.**<br>**600 Travis, Suite 4800**<br>**Houston, TX 77002** | Line  **2.4** | |
| **John E. Mitchell**<br>**Ackerman LLP**<br>**2001 Ross Avenue, Suite 3600**<br>**Dallas, TX 75201** | Line  **2.7** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 12

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>Brahman Resource Partners, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><b>20-33697</b></td></tr>
</table>

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

    **1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

       ■ No. Go to Part 2.

       ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

    **3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**ADVANCED BUILDING SERVICES, LLC**<br>**PO BOX 51817**<br>**LAFAYETTE, LA 70505**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$20,111.79** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**ADVANCED PETROPHYSICAL SOLUTIONS, LLC**<br>**7107 Greatwood Glen Court**<br>**Sugar Land, TX 77479**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$29,100.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**AMERICAN PRODUCTION SERVICES**<br>**AMERICAN SAFETY SERVICES INC**<br>**PO BOX 12874**<br>**ODESSA, TX 79768**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,666.04** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**AMERICAS UNCONVENTIONAL PETROLUEM**<br>**3207 Cann Lily Court**<br>**Kingwood, TX 77345**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,775.00** |

| Debtor | **Brahman Resource Partners, LLC** | Case number (if known) | **20-33697** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$196,725.00** |
|---|---|---|---|
| | **ANDERSON PERFORATING SERVICES, LLC** | ☐ Contingent | |
| | **dba API PERFORATING** | ☐ Unliquidated | |
| | **PO BOX 2037** | ☐ Disputed | |
| | **ALBANY, TX 76430** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400,000.00** |
|---|---|---|---|
| | **Arcadius (SW) Energy Capital, LP** | ☐ Contingent | |
| | **711 Louisiana St.** | ☐ Unliquidated | |
| | **Suite 1400** | ☐ Disputed | |
| | **Houston, TX 77002** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Annual Monitoring Fee for 2018 and 2019** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119,135.50** |
|---|---|---|---|
| | **AUTOMATIZE LOGISTICS LLC** | ☐ Contingent | |
| | **1233 SOUTH MAIN STREET** | ☐ Unliquidated | |
| | **GRAPEVINE, TX 76051** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **B&N OILFIELD EQUIPMENT CO. INC.** | ☐ Contingent | |
| | **4220 FM 448** | ☐ Unliquidated | |
| | **Giddings, TX 78942** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,958.15** |
|---|---|---|---|
| | **BASIC ENERGY SERVICES** | ☐ Contingent | |
| | **PO BOX 841903** | ☐ Unliquidated | |
| | **DALLAS, TX 75284-1903** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,221.70** |
|---|---|---|---|
| | **BLUEPRINT OILFIELD SERVICES, LLC** | ☐ Contingent | |
| | **PO BOX 3427** | ☐ Unliquidated | |
| | **HOBBS, NM 88241** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,010.59** |
|---|---|---|---|
| | **BUFFALO HEAD ENERGY SERVICES** | ☐ Contingent | |
| | **15905 WAVERLY DRIVE** | ☐ Unliquidated | |
| | **HOUSTON, TX 77032** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Brahman Resource Partners, LLC** | Case number (if known) | **20-33697** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$460.00** |
|---|---|---|---|

**BUREAU VERITAS CERTIFICATION
NORTH AMERICA, INC**
PO BOX 405661
ATLANTA, GA 30384-5661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$176,312.51** |
|---|---|---|---|

**BUTCH'S RAT HOLE & ANCHOR SERVICE,
INC.
PRESSURE CONTROL DIVISION**
PO BOX 1323
LEVELLAND, TX 79336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,160.00** |
|---|---|---|---|

**BUTCH'S TRUCKING, INC.**
PO BOX 1631
LEVELLAND, TX 79336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,281.28** |
|---|---|---|---|

**CARBO**
PO BOX 734255
DALLAS, TX 75373-4255

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,330.00** |
|---|---|---|---|

**CHAINLINK TECHNOLOGY, INC.**
12888 QUEENSBURY LN #334
HOUSTON, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHEMJET INTERNATIONAL INC**
PO BOX 734477
DALLAS, TX 75373-4477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,096.00** |
|---|---|---|---|

**CHEMJET INTERNATIONAL INC.**
PO BOX 734477
Dallas, TX 75373-4477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Brahman Resource Partners, LLC**

Name

Case number (if known)  **20-33697**

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|
| | CIRCLE 8 CRANE SERVICES, LLC<br>PO BOX 260370<br>CORPUS CHRISTI, TX 78426-0957 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,120.00 |
|---|---|---|---|
| | CITYWIDE HOME LOANS LLC<br>9785 SOUTH MONROE STREET, SUITE 200<br>SANDY, UT 84070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,145.00 |
|---|---|---|---|
| | COLT I&E LLC<br>PO BOX 203<br>FORT STOCKTON, TX 79735 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,920.00 |
|---|---|---|---|
| | CONQUEST COMPLETION SERVICES LLC<br>9805 KATY FREEWAY, SUITE 675<br>HOUSTON, TX 77024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,552.23 |
|---|---|---|---|
| | CONTRACT OIL & GAS SERVICE CO.<br>9307 HUFSMITH RD<br>TOMBALL, TX 77375 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,875.00 |
|---|---|---|---|
| | CORE LABORATORIES, LP<br>PO BOX 841787<br>DALLAS, TX 75284-1787 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,569.46 |
|---|---|---|---|
| | COUGAR DRILLING SOLUTIONS USA INC.<br>Attn: Lockbox No. 19623<br>5505 N. Cumberland Ave.<br>Suite 307<br>Chicago, IL 60656-1471 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **Brahman Resource Partners, LLC**　　　　Case number (if known)　**20-33697**
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,630.99 |
|---|---|---|---|

**CROSSWOOD TECHNOLOGY GROUP**
**526 KINGWOOD DR., SUITE 364**
**KINGWOOD, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,213.64 |
|---|---|---|---|

**CUDD PUMPING SERVICES, INC.**
**PO BOX 910080**
**DALLAS, TX 75391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,314.08 |
|---|---|---|---|

**DAVID K BARRINGER**
**11706 ONE TOKEN DRIVE**
**HOUSTON, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,812.22 |
|---|---|---|---|

**DEEPWELL EQUIPMENT RENTALS**
**PO BOX 1279**
**PECOS, TX 79772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,568.35 |
|---|---|---|---|

**EEPB, INC.**
**2950 NORTH LOOP WEST, SUITE 1200**
**HOUSTON, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.23 |
|---|---|---|---|

**EN-TOUCH SYSTEMS INC.**
**PO BOX 4343**
**DEPT. 669**
**Houston, TX 77210-4343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FEDEX**
**PO BOX 660481**
**DALLAS, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brahman Resource Partners, LLC** | Case number *(if known)* | **20-33697** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,549.88** |
|---|---|---|---|

**Frac Tank Rentals, LLC**
PO Box 874804
Kansas City, MO 64187

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$183,503.99** |
|---|---|---|---|

**G3 INVESTMENTS LLC**
16290 KATY FWY SUITE 200
HOUSTON, TX 77094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,158.00** |
|---|---|---|---|

**GARRISON CONTRACTORS, INC.**
PO BOX 968
IRAAN, TX 79744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,585.00** |
|---|---|---|---|

**GATE GUARD SERVICES, L.P.**
8620 N. NEW BRAUNFELS, STE 305
SAN ANTONIO, TX 78217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189,712.50** |
|---|---|---|---|

**GERALD PORTER OPERATING LLC**
PO BOX 446
FORT STOCKTON, TX 79735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$231.31** |
|---|---|---|---|

**GLOBAL LASER, INC**
7570 S RENWICK DR
HOUSTON, TX 77081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Copier Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,295.00** |
|---|---|---|---|

**GREGORY TOOLE**
4804 105TH STREET
LUBBOCK, TX 79424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Brahman Resource Partners, LLC**        Case number (if known)   **20-33697**

Name

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,133.17 |
|---|---|---|---|

**GULFSTREAM SERVICES, INC.**
**DEPT. 3254, PO BOX 123254**
**DALLAS, TX 75312-3254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,394.00 |
|---|---|---|---|

**HALLIBURTON ENERGY SERVICES, INC**
**DRILL BITS AND SERVICES**
**PO BOX 301341**
**DALLAS, TX 75303-1341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.25 |
|---|---|---|---|

**HUGHES OILFIELD TRANSPORTATION INC.**
**2513 N MERCURY AVENUE**
**ODESSA, TX 79763**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,200.00 |
|---|---|---|---|

**HYDROLINE LLC**
**4713 HAZEL JONES ROAD**
**BOSSIER CITY, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,986.23 |
|---|---|---|---|

**IMPERATIVE CHEMICAL PARTNERS**
**PO BOX 679330**
**DALLAS, TX 75267-9330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,101.68 |
|---|---|---|---|

**IRON HORSE TOOLS, LLC**
**PO BOX 7762**
**CORPUS CHRISTI, TX 78467**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |
|---|---|---|---|

**J.L. HENRY CORPORATION**
**DBA TO A TEE HOT SHOT SERVICE**
**PO BOX 872**
**ODESSA, TX 79760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brahman Resource Partners, LLC** | Case number *(if known)* | **20-33697** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118,772.84** |
|---|---|---|---|

**JAM CONSTRUCTION**
**6308 SCR 1270**
**MIDLAND, TX 79706**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,536.52** |
|---|---|---|---|

**JETLINER**
**16290 KATY FWY, STE 200**
**HOUSTON, TX 77094**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,983.90** |
|---|---|---|---|

**KACO LOGISTICS, LLC**
**PO BOX 1028**
**IRAAN, TX 79744**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KRISTEN MATLOCK**
**2315 Maplecrest Dr.**
**Missouri City, TX 77459**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,718.40** |
|---|---|---|---|

**LOOP CONSULTANTS LLC**
**C/O LPD BOOKKEEPING & ACCTG SRVS**
**LLC**
**405 W 36TH AVE, STE 210**
**ANCHORAGE, AK 99503**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,754.80** |
|---|---|---|---|

**MATRIX PROPPANTS LLC**
**4804 105TH STREET**
**LUBBOCK, TX 79424**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,000.00** |
|---|---|---|---|

**MAX GERMIN**
**1507 7TH STREET, #393**
**SANTA MONICA, CA 90401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brahman Resource Partners, LLC** | Case number *(if known)* | **20-33697** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,300.00** |
|---|---|---|---|

**MDG ENERGY LLC**
**27219 BOATERS CROSSING**
**KATY, TX 77493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MICHAEL STRAIN**
**2207 LONG COVE CIR**
**KATY, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62,832.50** |
|---|---|---|---|

**MICO RENTALS**
**PO BOX 128**
**LOVINGTON, NM 88260**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,353.35** |
|---|---|---|---|

**MONAHANS NIPPLE-UP SERVICE**
**PO BOX 1552**
**MONAHANS, TX 79756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,615.50** |
|---|---|---|---|

**NCS MULTISTAGE, LLC**
**19350 STATE HIGHWAY 249, STE 600**
**HOUSTON, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,366.25** |
|---|---|---|---|

**NICHOLS OIL TOOLS LLC**
**PO BOX 297**
**JACKSBORO, TX 76458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,518.03** |
|---|---|---|---|

**NOV WELLSITE SERVICES**
**A DIVISION OF NOV LP**
**PO BOX 202631**
**DALLAS, TX 75320-2631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brahman Resource Partners, LLC** | | Case number (if known) | **20-33697** |
|---|---|---|---|---|

Name

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$198,083.08** |
|---|---|---|---|

**NTG**
**NEW TECH GLOBAL VENTURES, LLC**
**PO BOX 679205**
**DALLAS, TX 75267-9205**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,755.77** |
|---|---|---|---|

**OFSI FIELD SERVICES**
**7735 MILLER RD NO 3**
**HOUSTON, TX 77049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41,882.30** |
|---|---|---|---|

**PERMIAN EQUIPMENT RENTALS, LLC**
**PO BOX 61730**
**MIDLAND, TX 79711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**PIMURO CAPITAL PARTNERS LLC**
**835 IVY WALL DR**
**HOUSTON, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,232.00** |
|---|---|---|---|

**PRECISION DRILLING COMPANY, LP**
**PO BOX 202695**
**DALLAS, TX 75320-2695**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41,014.77** |
|---|---|---|---|

**PURITY OILFIELD SERVICES, LLC**
**PO BOX 732729**
**DALLAS, TX 75373-2729**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,549.15** |
|---|---|---|---|

**RATHOLE DRILLING, INC.**
**PO BOX 389**
**ALICE, TX 78333-0389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor **Brahman Resource Partners, LLC**

Name

Case number *(if known)*   **20-33697**

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,820.00 |
|---|---|---|---|

**ROBERT ANDERSON LAW, PLLC**
6589 S 1300 E, STE 120
SALT LAKE CITY, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**SCOTT, DOUGLASS & MCCONNICO, LLP**
303 COLORADO STREET, SUITE 2400
AUSTIN, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,000.00 |
|---|---|---|---|

**SEISMOS INC**
8868 RESEARCH BLVD, STE 401
AUSTIN, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,282.30 |
|---|---|---|---|

**SINTEX MINERALS & SERVICES, INC.**
29810 SOUTHWEST FREEWAY
ROSENBERG, TX 77471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SLEEK AND CLEAN, LLC**
8915 LEANING HOLLOW LANE
SPRING, TX 77379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124,006.70 |
|---|---|---|---|

**SOLARIS OILFIELD SITE SERVICES OPERATING, LLC**
PO BOX 208274
DALLAS, TX 75320-8274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,239.00 |
|---|---|---|---|

**SPECIAL CORE ANALYSIS LABS, INC.**
PO Box 9730
Midland, TX 79708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brahman Resource Partners, LLC** | | Case number (if known) | **20-33697** |
|---|---|---|---|---|
| | Name | | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,343.73** |
|---|---|---|---|
| | STUART PETROLEUM TESTERS, INC<br>STUART PRESSURE CONTROL<br>10077 GROGANS MILL RD., STE 100<br>THE WOODLANDS, TX 77380 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,126.07** |
|---|---|---|---|
| | TRM, LLC<br>PO BOX 730<br>HOBBS, NM 88241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$258,921.14** |
|---|---|---|---|
| | TUBULAR SYNERGY GROUP, LP<br>8117 PRESTON ROAD, STE 600<br>DALLAS, TX 75225 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,665.00** |
|---|---|---|---|
| | TWOPRO ENERGY SERVICES LLC<br>PO BOX 62505<br>SAN ANGELO, TX 76906 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,637.30** |
|---|---|---|---|
| | WATERFLEET, LLC<br>5110 SE LOOP 410<br>SAN ANTONIO, TX 78222 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58,386.49** |
|---|---|---|---|
| | WEATHERFORD U.S., L.P., INC.<br>PO BOX 301003<br>DALLAS, TX 75303-1003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,062.50** |
|---|---|---|---|
| | WELLTEC, INC.<br>22440 MERCHANTS WAY<br>KATY, TX 77449 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | **Brahman Resource Partners, LLC** | Case number (if known) | **20-33697** |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,069.20** |
|---|---|---|---|

**WEST TEXAS PREMIX PITS, LP**
**PO BOX 1784**
**MIDLAND, TX 79702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**WHITE'S WELDING**
**Attn: Calvin White**
**PO Box 844670**
**Boston, MA 02284-4670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**WICK PHILLIPS GOULD & MARTIN**
**3131 McKinney Ave**
**Suite 100**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **3,602,672.36** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **3,602,672.36** |

**Fill in this information to identify the case:**

Debtor name    **Brahman Resource Partners, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-33697**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Master Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **American Safety Services Inc.**<br>**PO Box 12874**<br>**Odessa, TX 79768** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Confidentiality Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Arena Investments** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Master Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **B&L Equipment Rental**<br>**PO Box 22260**<br>**Bakersfield, CA 93390** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Confidentiality Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bayou City Energy** |

| Debtor 1 | **Brahman Resource Partners, LLC** | | Case number (*if known*) | **20-33697** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Big D Construction** |
| | List the contract number of any government contract | | **PO Box 7808** **Midland, TX 79708** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Big D Equipment Company** |
| | List the contract number of any government contract | | **PO Box 7808** **Midland, TX 79708** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bitco Drilling Solutions, Inc.** |
| | List the contract number of any government contract | | **6607 Mosswood Dr.** **Midland, TX 79707** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Electricity Service** | |
|---|---|---|---|
| | State the term remaining | | **Brilliant Energy LLC** **800 Wilcrest Drive** **Suite 109** |
| | List the contract number of any government contract | | **Houston, TX 77042** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Buffalo Head Energy Services** |
| | List the contract number of any government contract | | **15905 Wavery Drive** **Houston, TX 77032** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Butch's Rathole Anchor Services** |
| | List the contract number of any | | **PO Box 1323** **Levelland, TX 79336** |

Debtor 1   **Brahman Resource Partners, LLC**                          Case number (*if known*)   **20-33697**
      First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    government contract

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | | **Chemtech Services, Inc.** |
| | List the contract number of any government contract | | **PO Box 1619**<br>**Levelland, TX 79336** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease / Landlord** | |
| | State the term remaining | **16 Months** | **Citywide Home Loans, LLC**<br>**Attn: Accounts Payable**<br>**9785 South Monroe**<br>**Suite 200** |
| | List the contract number of any government contract | | **Sandy, UT 84070** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Compression** | |
| | State the term remaining | | **Contract Oil & Gas Service Co.** |
| | List the contract number of any government contract | | **9307 Hufsmith Rd.**<br>**Tomball, TX 77375** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | | **Cougar Drilling Solutions USA**<br>**Attn: Lockbox Number 19623**<br>**5505 N. Cumberland Ave.** |
| | List the contract number of any government contract | | **Suite 307**<br>**Chicago, IL 60656** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Crude Oilfield Services** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | | | **D&B Rental Service** |

Debtor 1   **Brahman Resource Partners, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-33697**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **DeepWell Energy Services**<br>**PO Box 1279**<br>**Pecos, TX 79772** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **DeepWell Equipment Rentals**<br>**PO Box 1279**<br>**Pecos, TX 79772** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Diamond M Trucking**<br>**PO Box 2075**<br>**Pecos, TX 79772** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dutcher-Phipps Crane & Rigging**<br>**PO Box 910**<br>**Monahans, TX 79756** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **E&E Roustabouts** |

Debtor 1  **Brahman Resource Partners, LLC**
First Name       Middle Name       Last Name

Case number (*if known*)  **20-33697**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Internet Service Agreement**

State the term remaining — **21 Months**

List the contract number of any government contract

**En-Touch Systems, Inc.**
**11011 Richmond Avenue**
**Suite 400**
**Houston, TX 77042**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Gathering & Transportation and Acreage Dedication**

State the term remaining

List the contract number of any government contract

**ETC Texas Pipeline, Ltd.**
**8111 Westchester Drive**
**Suite 600**
**Dallas, TX 75225**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Confidentiality Agreement**

State the term remaining

List the contract number of any government contract

**Fifth Partners**

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**First Strike Services**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Flowback Energy**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any

**Garrison Contractors, Inc.**
**PO Box 968**
**Iraan, TX 79744**

Debtor 1  **Brahman Resource Partners, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*  **20-33697**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Printer Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Global Laser, Inc.** |
| | List the contract number of any government contract | | **7570 S. Renwick Dr.**<br>**Houston, TX 77081** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Guard Gate Services** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Gulfstream Services, Inc.**<br>**Attn: Dept. 3254** |
| | List the contract number of any government contract | | **PO Box 123254**<br>**Dallas, TX 75312** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gyro Technologies** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hydroline, LLC** |
| | List the contract number of any government contract | | **4713 Hazel Jones Rd.**<br>**Bossier City, LA 71111** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | **Iron Horse Tools, LLC**<br>**311 Saratoga Blvd.**<br>**Corpus Christi, TX 78417** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Brahman Resource Partners, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-33697**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Johnson Specailty Tools** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kaco Logistics, LLC**<br>**PO Box 1028**<br>**Iraan, TX 79774** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Agreement and Participation Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kerogen Texas Energy Operating LLC**<br>**340 N. Sam Houston Parkway East**<br>**Suite 249**<br>**Houston, TX 77060** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lightning Oilfield Services**<br>**PO Box 203**<br>**Haslet, TX 76052** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **LJ Petroleum Services** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Brahman Resource Partners, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-33697**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lone Star Tank Rental** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Loop Consultants, LLC** |
| | List the contract number of any government contract | | **405 W 36th Ave.** **Suite 210** **Anchorage, AK 99503** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mico Rentals, LLC** |
| | List the contract number of any government contract | | **PO Box 128** **Lovington, NM 88260** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Monohans Nipple-Up Service** |
| | List the contract number of any government contract | | **PO Box 1552** **Monahans, TX 79756** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mulholland Energy Services** |
| | List the contract number of any government contract | | **PO Box 4227** **Odessa, TX 79760** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Lease** | |
|---|---|---|---|
| | State the term remaining | **21 Months** | **Net2Phone** |
| | List the contract number of any | | **520 Broad Street** **Newark, NJ 07102** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Brahman Resource Partners, LLC**                                    Case number *(if known)*    **20-33697**
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **New Tech Global Ventures** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **New Wave Energy Services Ltd.** |
| | List the contract number of any government contract | | **1955-140 4th Avenue S.W.** **Calgary 71 T2P3N3** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Nichols Oil Tools LLC** |
| | List the contract number of any government contract | | **PO Box 297** **Jacksboro, TX 76458** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nine Energy Service** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Payzone Energy Services, LLC** |
| | List the contract number of any government contract | | **1201 Brashear Ave.** **Suite 421** **Morgan City, LA 70380** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | **Permian Equipment Rentals, LLC** **PO Box 61730** **Midland, TX 79711** |
|---|---|---|---|

Debtor 1  **Brahman Resource Partners, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **20-33697**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract |  |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Precision Drilling Company LP** |
|  | List the contract number of any government contract |  | **10350 Richmond Ave.**<br>**Suite 700**<br>**Houston, TX 77042** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Purity Oilfield Services LLC** |
|  | List the contract number of any government contract |  | **PO Box 732729**<br>**Dallas, TX 75373-2729** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Rathole Drilling, Inc.** |
|  | List the contract number of any government contract |  | **PO Box 389**<br>**Alice, TX 78333-0389** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Regiment, LLC** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Reservoir Group** |

Debtor 1    **Brahman Resource Partners, LLC**                                   Case number *(if known)*    **20-33697**
           First Name           Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Rolfson Oil, LLC** |
| | List the contract number of any government contract | | **8361 N. Rampart Range Rd. Suite B208 Littleton, CO 80125** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Schlumberger Techonology Corp.** |
| | List the contract number of any government contract | | **PO Box 732149 Dallas, TX 75373-2149** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sentry Wellhead Systems, LLC** |
| | List the contract number of any government contract | | **1780 Hughes Landing Blvd. Suite 675 The Woodlands, TX 77380** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Spraberry Production Services** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **To A Tee Hot Shot Services** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Two Pro Energy Services LLC** |
| | List the contract number of any | | **PO Box 65205 San Angelo, TX 76906** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Brahman Resource Partners, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)   **20-33697**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Vaughn Energy Services, Inc.** |
| | List the contract number of any government contract | | **PO Box 2288**<br>**Keller, TX 76244** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Well Benders Directional Services** |
| | List the contract number of any government contract | | **13901 Hwy 105 W.**<br>**Conroe, TX 77304** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **West Texas PreMix Pits, LP** |
| | List the contract number of any government contract | | **PO Box 1784**<br>**Midland, TX 79702** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **White's Welding, LLC** |
| | List the contract number of any government contract | | **Attn: Calvin White**<br>**PO Box 844670**<br>**Boston, MA 02284-4670** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yellow Jacket** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name __**Brahman Resource Partners, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**20-33697**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **BRP Vista Grande, LLC** | **8900 Eastloch Drive**<br>**Suite 235**<br>**Spring, TX 77379**<br>**Energy Transfer Financing Documents** | **ETC Texas Pipeline, Ltd.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**WELL INTERESTS**

| WELL NAME | WELL # | STATE | COUNTY | OPERATOR | API # | SECTION | BLOCK | SURVEY |
|---|---|---|---|---|---|---|---|---|
| William Edwards | 1H | Texas | Pecos | Brahman Resource Partners, LLC | 42-371-03037 | 1 | 129 | T. & S.T.L. R.R. Co. |
| ACU 37 | 1H | Texas | Terrell | Brahman Resource Partners, LLC | 42-443-31350 | 37 | 102 | J.H. Gibson |
| King of the Hill | 1H | Texas | Pecos | Brahman Resource Partners, LLC | 42-371-40130 | 33 | 102 | J.H. Gibson |

**LEASEHOLD INTERESTS**

| LESSOR | LESSEE | LEASE DATE | VOL | PAGE | DOCUMENT | SEC | BLK | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Abilene Christian University | Chalfant Properties, Inc. | 9/27/2012 | 61 | 636 | 2012-123765 | 36 | 102 | 120.00 acres in Blk 102, Sec 36, Pecos and Terrell Counties, Tx |
| Kurt C. Huckaby | Chalfant Properties, Inc. | 10/26/2012 | 59 | 686 | 2012-123488 | 13, 14, 23, 24, 25, 28 | 102 | 3,845.64 acres in Blk 102, all of Sec 13, 14, 23, 24, 25 and 28, Pecos County, Tx |
| Trent A. Huckaby | Chalfant Properties, Inc. | 10/26/2012 | 59 | 688 | 2012-123490 | 13, 14, 23, 24, 25, 28 | 102 | 3,845.64 acres in Blk 102, all of Sec 13, 14, 23, 24, 25 and 28, Pecos County, Tx |
| Russell R. Huckaby | Chalfant Properties, Inc. | 10/26/2012 | 59 | 690 | 2012-123492 | 13, 14, 23, 24, 25, 28 | 102 | 3,845.64 acres in Blk 102, all of Sec 13, 14, 23, 24, 25 and 28, Pecos County, Tx |
| Abilene Christian University | Kerogen Texas Energy L.P. | 9/17/2013 | 90 | 599 | 2013-127893 | 44 1 | 102 129 | 85.6633 acres in Blok 102, Sec 44 and Blk 129, Sec 1, Pecos County, Tx |
| DDDF Company, Inc | Kerogen Texas Energy L.P. | 12/15/2013 | 98 | 746 | 2013-129009 | 45 | 102 | 64.3377 acres in Blk 102, Sec 45, Pecos County, Tx |
| Diana R. Francis, et al | Kerogen Texas Energy L.P. | 12/18/2013 | 104 143 | 296 286 | 2014-129983 8-31623 | 45 | 102 | 64.3377 acres in Blk 102, Sec 45, Pecos County, Tx |
| Sherrill Williams Mills | Kerogen Texas Energy L.P. | 12/18/2013 | 104 143 | 294 284 | 2014-129982 8-31622 | 45 | 102 | 64.3377 acres in Blk 102, Sec 45, Pecos County, Tx |
| Jane F. Williams Exempt Trust, Under Agreement Dated April 26, 1977, etal | Kerogen Texas Energy L.P. | 1/7/2014 | 103 143 | 544 263 | 2014-129848 8-31595 | 45 | 102 | 64.3377 acres in Blk 102, Sec 45, Pecos County, Tx |
| Lana Elizabeth Russell (LER Resources, LLC) | Kerogen Texas Energy L.P. | 1/13/2014 | 102 143 | 751 257 | 2014-129730 8-31581 | 45 | 102 | 64.3377 acres in Blk 102, Sec 45, Pecos County, Tx |
| Katherine Russell Schmidt (JAK MINERALS LLLP) | Kerogen Texas Energy L.P. | 1/13/2014 | 102 143 | 755 261 | 2014-129732 8-31583 | 45 | 102 | 64.3377 acres in Blk 102, Sec 45, Pecos County, Tx |
| Deborah Russell Neujahr (KARS O&G, LLC) | Kerogen Texas Energy L.P. | 1/13/2014 | 102 143 | 753 259 | 2014-129731 8-31582 | 45 | 102 | 64.3377 acres in Blk 102, Sec 45, Pecos County, Tx |
| John F. Schneider and Jo Ann Schneider | Kerogen Texas Energy L.P. | 8/18/2015 | 162 | 70 | 2015-138382 | 31 | 102 | 320.0 acres in Blk 102, N/2 of Sec 31, Pecos County, Tx |
| Abilene Christian University | Brahman Resource Partners, LLC | 1/31/2018 | 150 150 | 38 134 | 9-34033 9-34188 | 36 | 102 | 30.06 acres in Blk 102, Sec 36, Terrell County, Tx |
| David R. Francis, et al | Brahman Resource Partners, LLC | 6/5/2018 | N/A 150 | N/A 121 | 2018-159088 9-34181 | 37 | 102 | 640.00 acres in Blk 102, all of Sec 37, Pecos and Terrell Counties, Tx |
| Sherrill Williams Mills | Brahman Resource Partners, LLC | 6/5/2018 | N/A 150 | N/A 132 | 2018-159089 9-34187 | 37 | 102 | 640.00 acres in Blk 102, all of Sec 37, Pecos and Terrell Counties, Tx |
| DDDF Company, Inc | Brahman Resource Partners, LLC | 6/8/2018 | N/A 150 | N/A 123 | 2018-159093 9-34812 | 37 | 102 | 640.00 acres in Blk 102, all of Sec 37, Pecos and Terrell Counties, Tx |

**LEASEHOLD INTERESTS**

| LESSOR | LESSEE | LEASE DATE | VOL | PAGE | DOCUMENT | SEC | BLK | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| LER Resources LP | Brahman Resource Partners, LLC | 6/8/2018 | N/A 150 | N/A 125 | 2018-159092 9-34183 | 37 | 102 | 640.00 acres in Blk 102, all of Sec 37, Pecos and Terrell Counties, Tx |
| JAK MINERALS LLLP | Brahman Resource Partners, LLC | 6/8/2018 | N/A 150 | N/A 127 | 2018-159091 9-34184 | 37 | 102 | 640.00 acres in Blk 102, all of Sec 37, Pecos and Terrell Counties, Tx |
| KARS O&G, LLC | Brahman Resource Partners, LLC | 6/8/2018 | N/A 150 | N/A 130 | 2018-159090 9-34186 | 37 | 102 | 640.00 acres in Blk 102, all of Sec 37, Pecos and Terrell Counties, Tx |
| ACU | Brahman Resource Partners, LLC | 6/13/2018 | NR | NR | NR | 36 | 102 | 3.902 acres in Blk 102, Sec 36, Terrell County, Tx |
| Jane F. Williams Exempt Trust | Brahman Resource Partners, LLC | 6/14/2018 | 150 | 129 | 9-34185 | 37 | 102 | 160.00 acres in Blk 102, SE/4 of Sec 37, Terrell County, Tx |
| Gary H. Elsner | Brahman Resource Partners, LLC | 8/19/2018 | NR | NR | NR | 29, 37, 39 1 | 100 101 | 1,280 acres in Blk 100, NE/4 & E/2NW/4 of Sec 29, NE/4 & E/2NW/4 of Sec 37 & NE/4 & S/2 of Sec 39 and Blk 101, N/2 of Sec 1 Pecos County, Tx |
| Gary H. Elsner | Brahman Resource Partners, LLC | 8/19/2018 | NR | NR | NR | 3, 9, 11 27 | 101 102 | 1,760 acres in Blk 101, all of Sec 3, NE/4 of Sec 9 & N/2 Sec 11 and Blk 102, all of Sec 27, Pecos County, Tx |
| Gary H. Elsner | Brahman Resource Partners, LLC | 8/19/2018 | NR | NR | NR | 19, 21, 31, 33, 35 | 102 | 1,280.00 acres in Blk 102, NW/4 of Sec 19, N/2 of Sec 21, N/2 of Sec 31, N/2 of Sec 33 & N/2 of Sec 35, Pecos and Terrell Counties, Tx |
| The Joseph S. Moore & Ginger E. Moore Revocable Trust | Brahman Resource Partners, LLC | 8/19/2018 | NR | NR | NR | 29, 37, 39 1 | 100 101 | 1,280 acres in Blk 100, NE/4 & E/2NW/4 of Sec 29, NE/4 & E/2NW/4 of Sec 37 & NE/4 & S/2 of Sec 39 and Blk 101, N/2 of Sec 1 Pecos County, Tx |
| The Joseph S. Moore & Ginger E. Moore Revocable Trust | Brahman Resource Partners, LLC | 8/19/2018 | NR | NR | NR | 3, 9, 11 27 | 101 102 | 1,760 acres in Blk 101, all of Sec 3, NE/4 of Sec 9 & N/2 Sec 11 and Blk 102, all of Sec 27, Pecos County, Tx |
| The Joseph S. Moore & Ginger E. Moore Revocable Trust | Brahman Resource Partners, LLC | 8/19/2018 | NR | NR | NR | 19, 21, 31, 33, 35 | 102 | 1,280.00 acres in Blk 102, NW/4 of Sec 19, N/2 of Sec 21, N/2 of Sec 31, N/2 of Sec 33 & N/2 of Sec 35, Pecos and Terrell Counties, Tx |
| Phillips Family Trust | Brahman Resource Partners, LLC | 8/19/2018 | NR | NR | NR | 29, 37, 39 1 | 100 101 | 1,280 acres in Blk 100, NE/4 & E/2NW/4 of Sec 29, NE/4 & E/2NW/4 of Sec 37 & NE/4 & S/2 of Sec 39 and Blk 101, N/2 of Sec 1 Pecos County, Tx |
| Phillips Family Trust | Brahman Resource Partners, LLC | 8/19/2018 | NR | NR | NR | 3, 9, 11 27 | 101 102 | 1,760 acres in Blk 101, all of Sec 3, NE/4 of Sec 9 & N/2 Sec 11 and Blk 102, all of Sec 27, Pecos County, Tx |
| Phillips Family Trust | Brahman Resource Partners, LLC | 8/19/2018 | NR | NR | NR | 19, 21, 31, 33, 35 | 102 | 1,280.00 acres in Blk 102, NW/4 of Sec 19, N/2 of Sec 21, N/2 of Sec 31, N/2 of Sec 33 & N/2 of Sec 35, Pecos and Terrell Counties, Tx |

**LEASEHOLD INTERESTS**

| LESSOR | LESSEE | LEASE DATE | VOL | PAGE | DOCUMENT | SEC | BLK | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Charles L. Turner | Brahman Resource Partners, LLC | 8/20/2019 | NR | NR | NR | 39 9 27, 31, 33, 35 | 100 101 102 102 | 2,240 acres in Blk 100, NE/4 & S/2 of Sec 39 & Blk 101, NE/4 of Sec 9 and Blk 102, all of Sec 27, N/2 of Sec 31, 33, 35, Pecos and Terrell Counties, Tx |
| Charles L. Turner | Brahman Resource Partners, LLC | 8/22/2019 | NR | NR | NR | 29, 37 1, 3, 11 19, 21 | 100 101 102 | 2,240 acres in Blk 100, NE/4 & E/2NW/4 of Sec 29, NE/4 & E/2NW/4 of Sec 37 & Blk 101, N/2 of Sec 1, all of Sec 3, N/2 of Sec 11, and Blk 102, NW/4 of Sec 19 & N/2 of Sec 21, Pecos County, Tx |
| Clyde W. Barnard | Brahman Resource Partners, LLC | 9/3/2019 | NR | NR | NR | 29, 37, 39 1, 3, 9, 11 19, 21, 27, 31 | 100 101 102 102 | 3,840 acres in Blk 100, NE/4 & E/2NW/4 of Sec 29, NE/4 & E/2NW/4 of Sec 37, NE/4 & S/2 of Sec 39 & Blk 101, N/2 of Sec 1, all of Sec 3, NE/4 of Sec 9, N/2 of Sec 11, and Blk 102, NW/4 of Sec 19 & N/2 of Sec 21, all of Sec 27 and N/2 of Sec 31, Pecos  County, Tx |
| David Grant Cagle | Brahman Resource Partners, LLC | 9/9/2019 | NR | NR | NR | 29, 37, 39 19, 21, 27, 31, 33, 35 | 100 102 102 | 1,920 acres in Blk 100, NE/4 & E/2NW/4 of Sec 29, NE/4 & E/2NW/4 of Sec 37, NE/4 & S/2 of Sec 39  and Blk 102, NW/4 of Sec 19 & N/2 of Sec 21, all of Sec 27, N/2 of Sec 31, 33, 35, Pecos and Terrell Counties, Tx |
| University Lands | Brahman Resource Partners, LLC | 9/19/2018 | 150 | 374 | N/A | 8 | 36 | 640.00 acres in Blk 36, all of Sec 8, Terrell County, Tx |
| University Lands | Brahman Resource Partners, LLC | 9/19/2018 | 150 | 387 | N/A | 9 | 36 | 640.00 acres in Blk 36, all of Sec 9, Terrell County, Tx |
| University Lands | Brahman Resource Partners, LLC | 9/19/2018 | 151 | 1 | N/A | 10 | 36 | 640.00 acres in Blk 36, all of Sec 10, Terrell County, Tx |
| University Lands | Brahman Resource Partners, LLC | 9/19/2018 | 151 | 14 | N/A | 11 | 36 | 640.00 acres in Blk 36, all of Sec 11, Terrell County, Tx |
| University Lands | Brahman Resource Partners, LLC | 9/19/2018 | 151 | 27 | N/A | 1 | 37 | 640.00 acres in Blk 37, all of Sec 1, Terrell County, Tx |
| University Lands | Brahman Resource Partners, LLC | 9/19/2018 | 151 | 40 | N/A | 2 | 37 | 640.00 acres in Blk 37, all of Sec 2, Terrell County, Tx |
| University Lands | Brahman Resource Partners, LLC | 9/19/2018 | 151 | 53 | N/A | 3 | 37 | 640.00 acres in Blk 37, all of Sec 3, Terrell County, Tx |
| University Lands | Brahman Resource Partners, LLC | 9/19/2018 | 151 | 66 | N/A | 5 | 37 | 640.00 acres in Blk 37, all of Sec 5, Terrell County, Tx |
| University Lands | Brahman Resource Partners, LLC | 9/19/2018 | 151 | 79 | N/A | 8 | 37 | 640.00 acres in Blk 37, all of Sec 8, Terrell County, Tx |

**LEASEHOLD INTERESTS**

| LESSOR | LESSEE | LEASE DATE | VOL | PAGE | DOCUMENT | SEC | BLK | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| University Lands | Brahman Resource Partners, LLC | 9/19/2018 | 151 | 92 | N/A | 11 | 37 | 640.00 acres in Blk 37, all of Sec 11, Terrell County, Tx |
| University Lands | Brahman Resource Partners, LLC | 9/19/2018 | 151 | 105 | N/A | 12 | 37 | 640.00 acres in Blk 37, all of Sec 12, Terrell County, Tx |
| Collis P. Chandler, III | Brahman Resource Partners, LLC | 9/17/2019 | NR | NR | NR | 2 | 101 | 641.88 acres in Blk 101, all of Sec 2, Pecos County, Tx |
| Collis P. Chandler, Jr. Trust | Brahman Resource Partners, LLC | 9/17/2019 | NR | NR | NR | 10 | 101 | 320 acres in Blk 101, E/2 of Sec 101, Pecos County, Tx |
| Joseph M. Greenlee, Jr. | Brahman Resource Partners, LLC | 9/13/2019 | NR | NR | NR | 39 1, 3, 9 | 100 101 | 1,600 acres in Blk 100, NE/4 & S/2 of Sec 39 & Blk 101, N/2 of Sec 1, all of Sec 3, NE/4 of Sec 9, Pecos  County, Tx |
| John A. McNaughton, et al | Brahman Resource Partners, LLC | 9/17/2019 | NR | NR | NR | 2, 10 | 101 | 961.88 acres in Blk 101, all of Sec 2 and the E/2 of Sec 10, Pecos County, Tx |
| Jane Anne Stinnett Irrevocable Trust | Brahman Resource Partners, LLC | 9/13/2018 | NR | NR | NR | 29, 37, 39 1, 3, 9, 11 19, 21, 27, 31, 33, 35 | 100 101 102 102 | 4,480 acres in Blk 100, NE/4 & E/2NW/4 of Sec 29, NE/4 & E/2NW/4 of Sec 37, NE/4 & S/2 of Sec 39 & Blk 101, N/2 of Sec 1, all of Sec 3, NE/4 of Sec 9, N/2 of Sec 11, and Blk 102, NW/4 of Sec 19 & N/2 of Sec 21, all of Sec 27 and N/2 of Sec 31, 33, 35, Pecos and Terrell Counties, Tx |
| Joe Foster Anthony | Brahman Resource Partners, LLC | 1/9/2019 | NR | NR | NR | 29, 37, 39 1, 3, 9, 11 27, 31 | 100 101 102 | 3,360 acres in Blk 100, NE/4 & E/2NW/4 of Sec 29, NE/4 & E/2NW/4 of Sec 37, NE/4 & S/2 of Sec 39 & Blk 101, N/2 of Sec 1, all of Sec 3, NE/4 of Sec 9, N/2 of Sec 11, and Blk 102, all of Sec 27 and N/2 of Sec 31, Pecos County, Tx |
| Debra Shugart | Brahman Resource Partners, LLC | 1/10/2019 | NR | NR | NR | 29, 37, 39 1, 3, 9, 11 27, 31 | 100 101 102 | 3,360 acres in Blk 100, NE/4 & E/2NW/4 of Sec 29, NE/4 & E/2NW/4 of Sec 37, NE/4 & S/2 of Sec 39 & Blk 101, N/2 of Sec 1, all of Sec 3, NE/4 of Sec 9, N/2 of Sec 11, and Blk 102, all of Sec 27 and N/2 of Sec 31, Pecos County, Tx |
| Sharon Jordan | Brahman Resource Partners, LLC | 1/10/2019 | NR | NR | NR | 29, 37, 39 1, 3, 9, 11 27, 31 | 100 101 102 | 3,360 acres in Blk 100, NE/4 & E/2NW/4 of Sec 29, NE/4 & E/2NW/4 of Sec 37, NE/4 & S/2 of Sec 39 & Blk 101, N/2 of Sec 1, all of Sec 3, NE/4 of Sec 9, N/2 of Sec 11, and Blk 102, all of Sec 27 and N/2 of Sec 31, Pecos County, Tx |
| Jane F. Williams Exempt Trust | Brahman Resource Partners, LLC | 1/31/2019 | NR | NR | NR | 37 | 102 | 480 acres in Blk 102, N/2 & SW/4 of Sec 37, Pecos and Terrell Counties, Tx |

**LEASEHOLD INTERESTS**

| LESSOR | LESSEE | LEASE DATE | VOL | PAGE | DOCUMENT | SEC | BLK | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Roger Ripley | Brahman Resource Partners, LLC | 6/16/2019 | NR | NR | NR | 24, 29, 30, 31, 37, 38, 40<br>1<br>7, 8, 9, 10<br>19, 29, 31, 32 | 100<br>100<br>100<br>101<br>102<br>127<br>127 | 4,962.25 acres in Blk 100, NE/4 of Sec 24, S/2 of Sec 29, 30, 31, 37, all of Sec 38, 40 & Blk 101, S/2 of Sec 1 & Blk 102, W/2 of Sec 7, 8, all of Sec 9, 10 and Blk 127, SW/4 of Sec 19, 29, all of Sec 31, W/2 of Sec 32, Pecos County, Tx |
| ACU | Brahman Resource Partners, LLC | 7/8/2019 | N/A 151 | N/A 159 | 2019-166096 9-34713 | 32, 33, 36 | 102 | 1,454.038 acres in Blk 102, all of Sec 32, S/2 of Sec 33 and Part of Sec 36, Pecos and Terrell Counties, Tx |
| SM Partners, L.P. | Brahman Resource Partners, LLC | 12/18/2019 | NR | NR | NR | 13, 19, 21, 25, 27, 29, 31, 37, 39<br>1, 3, 9, 11<br>19, 21, 27, 31, 33, 35 | 100<br>100<br>100<br>101<br>102<br>102 | 5,441.791 acres in Blk 100, E/2NW/4&W/2NE/4 Sec 13, 19, 21, 25, 27, NE/4&E/2NW/4 of Sec 29, E/2NW/4&W/2NE/4 Sec 31, NE/4&S/2 of Sec 37, 39 and Blk 101, N/2 of Sec 1, all of Sec 3, NE/4 of Sec 9, N/2 of Sec 11 and Blk 102, NW/4 of Sec 19, N/2 of Sec 21, all of Sec 27, N/2 of Sec 31, 33, 35, Pecos and Terrell Counties, Tx |
| REM Partners, L.P. | Brahman Resource Partners, LLC | 12/18/2019 | NR | NR | NR | 13, 19, 21, 25, 27, 29, 31, 37, 39<br>1, 3, 9, 11<br>19, 21, 27, 31, 33, 35 | 100<br>100<br>100<br>101<br>102<br>102 | 5,441.791 acres in Blk 100, E/2NW/4&W/2NE/4 Sec 13, 19, 21, 25, 27, NE/4&E/2NW/4 of Sec 29, E/2NW/4&W/2NE/4 Sec 31, NE/4&S/2 of Sec 37, 39 and Blk 101, N/2 of Sec 1, all of Sec 3, NE/4 of Sec 9, N/2 of Sec 11 and Blk 102, NW/4 of Sec 19, N/2 of Sec 21, all of Sec 27, N/2 of Sec 31, 33, 35, Pecos and Terrell Counties, Tx |
| PPM Partners, L.P. | Brahman Resource Partners, LLC | 12/18/2019 | NR | NR | NR | 13, 19, 21, 25, 27, 29, 31, 37, 39<br>1, 3, 9, 11<br>19, 21, 27, 31, 33, 35 | 100<br>100<br>100<br>101<br>102<br>102 | 5,441.791 acres in Blk 100, E/2NW/4&W/2NE/4 Sec 13, 19, 21, 25, 27, NE/4&E/2NW/4 of Sec 29, E/2NW/4&W/2NE/4 Sec 31, NE/4&S/2 of Sec 37, 39 and Blk 101, N/2 of Sec 1, all of Sec 3, NE/4 of Sec 9, N/2 of Sec 11 and Blk 102, NW/4 of Sec 19, N/2 of Sec 21, all of Sec 27, N/2 of Sec 31, 33, 35, Pecos and Terrell Counties, Tx |

**LEASEHOLD INTERESTS**

| LESSOR | LESSEE | LEASE DATE | VOL | PAGE | DOCUMENT | SEC | BLK | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Elizabeth Price Gibson GST Exempt Trust | Brahman Resource Partners, LLC | 12/18/2019 | NR | NR | NR | 13, 19, 21, 25, 27, 29, 31, 37, 39<br>1, 3, 9, 11<br>19, 21, 27, 31, 33, 35 | 100<br>100<br>100<br>101<br>102<br>102 | 5,441.791 acres in Blk 100, E/2NW/4&W/2NE/4 Sec 13, 19, 21, 25, 27, NE/4&E/2NW/4 of Sec 29, E/2NW/4&W/2NE/4 Sec 31, NE/4&S/2 of Sec 37, 39 and Blk 101, N/2 of Sec 1, all of Sec 3, NE/4 of Sec 9, N/2 of Sec 11 and Blk 102, NW/4 of Sec 19, N/2 of Sec 21, all of Sec 27, N/2 of Sec 31, 33, 35, Pecos and Terrell Counties, Tx |
| BCJ Legacy, LLC | Brahman Resource Partners, LLC | 4/29/2020 | NR | NR | NR | 29, 37, 39<br>11<br>27, 31 | 100<br>101<br>102 | 2,240 acres in Blk 100, NE/4 & E/2NW/4 of Sec 29, NE/4 & E/2NW/4 of Sec 37, NE/4 & S/2 of Sec 39 & Blk 101, N/2 of Sec 11, and Blk 102, all of Sec 27 and N/2 of Sec 31, Pecos County, Tx |