IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> BRAHMAN RESOURCE PARTNERS, LLC, *et al.*, <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 20-33697 (DRJ) <br> ) <br> ) (Jointly Administered) <br> ) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND PAPERS**[1]

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel to ETC Texas Pipeline Ltd., in the above-captioned chapter 11 cases pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas, and sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and hereby request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below by e-mail at the following addresses:

> John E. Mitchell, Esq.
> **KATTEN MUCHIN ROSENMAN LLP**
> 2121 N. Pearl St., Suite 1100
> Dallas, TX 75201
> Telephone: (469) 627-7017
> Email: john.mitchell@katten.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules and the Bankruptcy Code, but also includes, without

---

[1] Amends prior appearance of John E. Mitchell at Docket Nos. 55 & 57.

limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Papers (the "Notice"), nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  September 10, 2020                    Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

*/s/ John E. Mitchell*
John E. Mitchell, Esq.
Southern District ID # 24214
Texas State Bar No. 00797095
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone:  (469) 627-7017
Email:  john.mitchell@katten.com

*Counsel for ETC Texas Pipeline Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, a true and correct copy of the foregoing Notice of Appearance was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in these cases pursuant to the Electronic Filing Procedures in this District.

*/s/ John E. Mitchell*
John E. Mitchell, Esq.