BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-33697 |
| | § | |
| BRAHMAN RESOURCE PARTNERS, LLC, | § | Chapter 11 (DRJ) |
| *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | | |

NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | | |
|---|---|---|
| 1. | WellBenders Directional Services<br>13901 Hwy. 105 W.<br>Conroe, TX 77304 | Rich Fancher, VP Operations<br>936-539-9602<br>rich.fancher@wellbenders.com |
| 2. | Anderson Perforating Services, LLC<br>PO Box 60018<br>Midland, TX 79711 | Kent Brown<br>432-561-9356<br>kbrown@thewirelinegroup.com |
| 3. | Gregory C. Toole<br>4804 105th St.<br>Lubbock, TX 79424 | 850-624-5468<br>gct952@gmail.com |

---

[1] The debtors and debtors in possession these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Brahman Resource Partners, LLC (7253); and BRP Vista Grande, LLC (1481). The Debtors' service address is: 8900 Eastloch Dr., Suite 235, Spring, Texas 77379.

Dated: September 14, 2020          HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE

By: */s/Jayson B. Ruff*
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 252
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on September 14, 2020.

*/s/ Jayson B. Ruff*
Jayson B. Ruff
Trial Attorney