BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 20-33697** |
| | § | |
| **BRAHMAN RESOURCE PARTNERS, LLC,** | § § | **Chapter 11 (DRJ)** |
| *et al.*, | § | **(Jointly Administered)** |
| Debtors.[1] | | |

## UNITED STATES TRUSTEE'S EXHIBIT AND WITNESS LIST

COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7 (the "U.S. Trustee"), by and through the undersigned counsel, who respectfully files this Exhibit and Witness List for the electronic hearing to be held on October 21, 2020 at 10:00 a.m. (prevailing Central Time) before the Honorable Judge David R. Jones, Chief United States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, TX 77002.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case. | | | | |
| 2 | Any exhibit introduced by any other party. | | | | |
| 3 | Rebuttal or impeachment exhibits as necessary. | | | | |

---

[1] The debtors and debtors in possession these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Brahman Resource Partners, LLC (7253); and BRP Vista Grande, LLC (1481). The Debtors' service address is: 8900 Eastloch Dr., Suite 235, Spring, Texas 77379.

1

## WITNESSES

The U.S. Trustee may call the following witnesses at the hearing:

1. Rebuttal witnesses as necessary.

2. Any witness listed by any other party.

3. Any witness required to establish the foundation for admission of any exhibit or other document.

The U.S. Trustee reserves the right to amend or supplement this Exhibit and Witness List as necessary in advance of the hearing.

Dated: October 20, 2020                    Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: /s/ Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
515 Rusk, Suite 3516
Houston, TX 77002
Telephone: (713) 718-4650 x 242
Fax: (713) 718-4670

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on October 20, 2020.

/s/ Jayson B. Ruff
Jayson B. Ruff